UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROSEZOLA SELLERS, )
Plaintiff, )
)
v. ) C. A. No. 07-418S
)
ROBERT M. GATES, )
SECRETARY OF THE UNITED STATES )
DEPARTMENT OF DEFENSE, )
Defendant. )

## DECLARATION OF CAMILLO R. DESANTIS

I, Camillo R. DeSantis, make the following declaration in lieu of an affidavit pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the District of Rhode Island.

1. I am a Paralegal Specialist with the Defense Commissary Agency (DeCA) at Fort Lee, Virginia.

2. In that capacity, I have access to, and regularly utilize DeCA records that are maintained on each EEO complaint submitted to DeCA.

3. All documents listed below and attached hereto are from DeCA files relating to Rosezola Seller's EEO complaint concerning her termination and maintained in the ordinary course of DeCA business:

Ex. A. Notice of Proposed Removal dated October 17, 2005;

Ex. B. Decision to Notice- Removal dated November 29, 2005;

Ex. C. EEO Counselor Report dated May 17, 2006;

Ex. D. Notice of Final Interview dated March 23, 2006;

GOVERNMENT EXHIBIT
1

Ex. E. EEO Complaint received April 7, 2006;

Ex. F. Request for Clarification of Formal EEO Complaint of Discrimination dated April 19, 2006;

Ex. G. Plaintiff's Answer to Question 9 of EEO Complaint;

Ex. H. EEO Letter Defining Issue dated June 15, 2006; and

Ex. I. Final Agency Decision dated August 20, 2007.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Date: 21 Apr 08

Camillo R. DeSantis
Paralegal Specialist/Law Office Manager
Office of General Counsel
Defense Commissary Agency