Answer to Question 9

I Would like to white a few ways I feel I Was treated different than a White person. I'm naming a few charges they said against me. disruptive behavior, disrespectful Conduct. Failure to follow instruction, Nothing compars to what they did

1. Mike Lozeria Was Allowed to touch Stephanie Lopez on her behind and management told him to Watch a movie. Mike Was also allowed to punch a person to the floor and get arrested from the Commissary and he is still Working at the Commissary Mike also receive extra money While on the clock which was fraud.

2. William McCullen is Allowed to come in late everyday, 1 hour, 45 minutes or when every he felt like it and nothing happened. I received a letter, for they said "10 minutes late". William is also Allowed to gamble and collect monies bis bettens on games.

3

GOVERNMENT EXHIBIT 6

William was also allowed in March 31, 2005 to come in to work and tell John Blythe and Steve Furtado off, he was yelling and swearing. All of the girls in the office could hear. Stephanie Lopez, Iva Felton, and Ava Cromwell.

William was also allowed to receive money for putting up signs while he was on the clock for DECA. (Fran

William was allowed to say what ever he wanted to me. When I would tell my supervisor Steve Furtado nothing would happen. I would walk pass him William and he would say comment

William got angry because Iva Felton told the people in the lunch room to turn the TV off. William got angry and called Iva a BITCH. Johnny Spencer and William got into an argument

because Johnny felt it was wrong for William to talk to a lady like that. Nothing happen to William.

3. Diane Walsh was allowed to call Stephanie Lopez a NIGGER. Nothing happens. Diane Walsh is allowed to shop in the Commissary without an I D and gets Caught And nothing happens. She's done it for years. Diane Walsh has been reported for years of being mean to customers and employees, she might get a little hit on the hand (of that).

4. Mary Gibson comes into work under the influence of something. You Can smell it. Every one knows and nothing happens. Mary Gibson the Grocery manager is allowed to yell at you and swear. I've gone to my supervisor several times and

nothing happened. (Steve Furtado)

Mary Gibson decided to take a tomato and eat it in front of Charles Cloud. When Cloud asked Steve Furtado Why wasn't something done about it nothing was said. She can steal. Mary Gibson uses the employees to baby sit her kids. She is allowed to set there schedules acording to how she needs a sitter and managment allows that.

5. I'm supose to do the Computer part of the job. Steve would not give me any help. He would make sure William had about 7 or 8 people. I had to work in the freezer because William did not like being cold. I needed people to stock frozen food. Steve would say I don't have anyone to help you.

6. Brenda Kenable is the Director's Secretary. She was allowed to commit fraud. she was turned into Fraud Waste and abuse for receiving check from several vendor ~~while~~ while being paid by DECA.

Brenda was also caught taking merchandise to her car twice. None of it paid for. Base Police was called in. Stephanie LOPEZ wrote up a statement. Nothing happened. In fact she receive a big bonus from management. (Brenda)

Brenda is allow to yell at you and swear.

I asked Steve Furtado to write her up for how she was swearing at me, but of course Steve turned it around to make me the bad person. She's done the same thing

to Stephanie Lopez. Stephanie's mother came in to see Stephanie and Brenda was very rude to her. (nothing happened)

On June 5. 2005 Brenda came in and yelled at Steve Furtado for letting the cashiers stock her baby food.

Brenda Venable, Mary Gibson William McCullen and Mike Teixeira all received big bonuses.

[signature]
29 March 06

I have enclose sheets I would like to be read.

8