04/18/2008 10:03 FAX 8047348394 DECA-GENERAL COUNSEL 002/004

12/08/2005 16:11 4018411395 HRO NEWPORT PAGE 01/03

# COUNSELOR'S INTAKE SHEET

Name: Rosezola Sellers SSN: [redacted]

CP Title/Series/Grade: Computer Assistance Operator (CAO), GS-1114-5 UIC: CNE44

Activity: CONSVSTO Newport Dept: Grocery Dept/Sales Floor

Work Hours: ____ Work Phone: ____

Fax: ____ Email: ____

Work Address: 1163 Whipple Street, Newport, RI 02841

Home Phone: [redacted] Cell Phone: ____

Home Address: [redacted]

EEO Rep: Patricia Andrews Rep Phone: (401) 421-0966

Rep Fax: (401) 351-4802 Rep Email: ____

Rep Address: 170 Westminster Street, Ste 601, Providence, RI 02903

Immed Supervisor: Steve Furtado, Store Admin. Phone: (401) 841-2111

Dept Head: John Blythe, Store Dir. Phone: (401) 841-2111

## PROCESSING INFORMATION

Date of Alleged Discrimination: 12-1-05

Initial Contact Date: 12-2-05 ( ) Walk-in (✓) Phone call ( ) Email

Intake Date: 12-5-05 Taken By: KS

CP remain anonymous? ( ) Yes (✓) No

CP filed union grievance? ( ) Yes (✓) No Not interested in mediation!

Counselor explained time constraints? (✓) Yes ( ) No

Date Case Assigned: ____ Counselor: ____

Date Informal Filed: ____

## BASIS

(✓) Race: Black ✓
(✓) Color: Black
( ) Religion: ____
( ) National Origin: ____
( ) Sex: ____

( ) Age: ____ (DOB: ____)
( ) Disability (Phys/Ment): ____
(X) Reprisal: Prior EEO Activity ✓
( ) Other: ____

## ISSUE

( ) Appointment/Hire
( ) Assignment of Duties
( ) Awards
( ) Conversion to Full Time
( ) Demotion
( ) Reprimand
(✓) Suspension
(✓) Termination
( ) Disciplinary Action
( ) Duty Hours
( ) Examination/Test
( ) Evaluation/Appraisal
( ) Harassment (Nonsexual)
( ) Harassment (Sexual)

( ) Pay Including Overtime
( ) Promotion/Nonselection
(Title: ____)
(Series/Grade: ____)
(Announcement #: ____)
( ) Reassignment Request Denied
( ) Reassignment Directed
( ) Reinstatement
( ) Retirement
( ) Time & Attendance
( ) Training
( ) Term/Condition of Employment
( ) Equal Pay Act Violation
( ) Other: ____

GOVERNMENT EXHIBIT 2

Date of Incident: 12/1/05 Summary of Issue: CP feels that she's been treated badly at the Commissary since John Blythe began there (in 1995) up until her termination. She feels that during her employment there Mr Blythe had certain employees write up statements about her, which impacted or resulted in disciplinary action. CP was terminated on 12/1/05 and she feels that the reasons for termination are not true or that she can justify specific items.

Witness 1: Charles Cloud, Worldleader Phone: (401) 841-2111

Witness 2: Stephanie Lopez, Clerk; Tim Felton, Clerk Phone: (401) 841-2111

Mgmt CP Notified of Issues:

Relief Requested: Job back; mgmt to stop harassing employees; William McCollum to be punished for lies (reprimanded) for lies.

WHEN APPLICABLE: CP Initials: LS

Informed of relationship between discrimination complaint process and Administrative Grievance System: LS

Informed of Negotiated Grievance Procedure provisions and consequences of required election: LS

Informed of differences between a mixed case complaint and a MSPB mixed case appeal, right to election, and consequences: LS

PRIVACY ACT STATEMENT:

Under the authority of Public Law 93-597 of 31 Dec 74 (Privacy Act of 1974) information regarding the discrimination complaint under inquiry is requested in order to identify the facts surrounding the issues of the complaint. The information provided by you will become a permanent part of the EEO Counselor's report and will not be divulged to anyone other than those persons allowed access to the information under the requirements of 29 CFR 1614 pertaining to the complaints process. You are not required to provide the information; however, failure to do so could result in the complaint not being resolved at the informal stage.

(✓) I have been given my rights under the EEO process: LS

GENERAL COUNSELING RESULTS:

(✓) Process the allegations and request for relief as addressed above.

[signature] 10-1-06
Complainant Signature & Date

[signature] 10-31-06
EEO Counselor Signature & Date

( ) Withdrawal. I require no further action from the EEO Office personnel.

Complainant Signature & Date

2

ADDITIONAL INFORMATION (optional)

Date of Incident: About 9/05 Summary of Issue: For years, up until about 9/05, management allowed others to stock for vendors and collect pay from vendors while working on Commissary time. Other employees included Brenda Venable, Michael Tenerio, and Brian Barbue, and Billy McCulley. CP knows that management would never let CP do the same.

Witness 1: Phone:

Witness 2: Phone:

Mgmt CP Notified of Issues:

Relief Requested:

CP Initials: LS

Date of Incident: Summary of Issue:

Witness 1: Phone:

Witness 2: Phone:

Mgmt CP Notified of Issues:

Relief Requested:

CP Initials: