DEPARTMENT OF THE NAVY
HUMAN RESOURCES OFFICE GROTON
P. O. BOX 20
NAVAL SUBMARINE BASE NEW LONDON
GROTON, CONNECTICUT 06349-5020

12713
Ser 00E/0096
23 Mar 06

From: Thomas LaBelle, Equal Employment Opportunity (EEO) Specialist
To: Rosezola Sellers, [redacted] RI 02842

Subj: NOTICE OF FINAL INTERVIEW ON 23 MARCH 2006

Encl: (1) Discrimination Complaint Form

1. This is notice that I have completed the fact finding in connection with the matter you presented to me as Equal Employment Opportunity (EEO) Specialist. You initially filed on 10 January 2006, that you were discriminated against because of your race (Black) and reprisal (prior EEO activity) when you were terminated on 1 December 2005, from your position as a Computer Assistant Ordering for failure to follow instructions, disruptive behavior and disrespectful conduct.

2. If you believe that you have been discriminated against on the basis of race, color, religion, sex, age, national origin, disability, and/or reprisal for participating in a protected EEO activity, you have the right to file a complaint of discrimination within 15 calendar days after receipt of this notice. If you do not file a complaint within this time, your complaint may be dismissed as untimely.

3. If you file a complaint, it must be in writing. Your complaint must be filled in person or by mail within 15 days of receipt of this notice. If mailed, the complaint must be postmarked within the 15-day calendar day time limit to the following individuals authorized to receive discrimination complaints:

Raymond Andrade
Equal Employment Manager
Defense Commissary Agency
Eastern Region
5151 Bonney Road, Suite 201
Virginia Beach, VA 23462-4314

Scott E. Simpson
Deputy Director
Defense Commissary Agency
Eastern Region
5151 Bonney Road, Suite 201
Virginia Beach, VA 23462-4314

43(3)

Subj: NOTICE OF FINAL INTERVIEW ON 23 MARCH 2006

4. The issues in the formal complaint, as discussed previously with me, and the matter that gave rise to the complaint must be sufficiently precise to describe generally the actions or practices that form the basis of the complaint. Failure to provide this information may result in your complaint not being accepted for investigation. If you add issues that are not part of the existing claim or are not like or related to the pending claim, those issues may be returned to you for further counseling. The complaint must also state whether you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection board on the same subject matter, including the date on which a grievance or an appeal was filed. This information is necessary for the Department of Defense to determine whether your complaint is appropriate for processing. Discrimination Complaint Form 55-1, enclosure (1) is provided for your use should you choose to file a formal complaint.

5. If you retain an attorney or any other person to represent you, you or your representative must immediately notify, in writing, the Equal Employment Manager, at the address above.

6. Should you require any assistance in preparing a complaint, you may contact me at (860) 694-3077. Please be advised, however, that the 15-day period within which your formal complaint must be filed begin with the receipt of this notice.

Thomas LaBelle
EEO Specialist

Rosezola Sellers

24 March 06
Date

44