06-HQ-NW-014

**DEFENSE COMMISSARY AGENCY**
**DISCRIMINATION COMPLAINT**

UIC

FOR AGENCY USE

RECEIVED

**PRIVACY ACT STATEMENT**

**Authority:** Title VII, United States Code. Privacy Act of 1974 (5USC 552a). **Purpose:** To collect information to permit processing of a formal discrimination complaint. **Use:** The information on this form may be used (a) in the processing and adjudication of the Complaint and any appeal concerning the complaint and (b) as a data source for production of summary descriptive statistics and analytical studies of complaint processing and resolution efforts. **Disclosure:** Voluntary; however, failure to provide requested information may lead to a delay in processing or to a dismissal of this complaint.

**1. COMPLAINANT'S FULL NAME** *(Last, First, MI)*: SELLERS Rosezola

**COMPLAINANT'S SSN:** [redacted]

**2. TITLE, SERIES & GRADE OF YOUR JOB:** CAO SPECIALIST 1144 GS-5

**3. HOME ADDRESS**
Street [redacted]

**5. WORK ADDRESS**
Street: WHIPPLE STREET
City: NEW PORT
State: RI
Zip Code

**4. HOME PHONE:** [redacted]

**6. WORK PHONE:** 401- 841-2111

**7. NAME AND TITLE OF PERSON(S) YOU BELIEVE DISCRIMINATED AGAINST YOU AND THEIR ORGANIZATIONAL UNIT**

| NAME | TITLE | ORGANIZATIONAL UNIT |
|---|---|---|
| John Blythe | DIRECTOR | |
| STEVEN FURTADO | STORE ADMINISTRATOR | |
| MARY GIBSON | GROCERY MANAGER | |
| BILL MCCOLLUM | CAO SPECIALIST | |

**8. DATE OF MOST RECENT ALLEGED DISCRIMINATORY INCIDENT FOR WHICH YOU SOUGHT COUNSELING** *(MM-DD-YYYY)*: 01 December 05

**9. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST** *(treated differently from other employees or applicants). (For each allegation identified in 10, below, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. If you need more space, continue on another sheet of paper.)*

**10. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST** *(Check all that apply)*

- [X] **a. RACE** *(If so, state your race)*
- [ ] **b. COLOR** *(If so, state your color)*
- [ ] **c. RELIGION** *(If so, state your religion)*
- [ ] **d. NATIONAL ORIGIN** *(If so, state your national origin)*
- [ ] **e. SEX** *(If so, state your sex)*
- [ ] **f. AGE** *(If so, state your age)*
- [ ] **g. HANDICAP** *(If so, state whether mental or physical)*
- [ ] **h. SEXUAL HARASSMENT** *(If so, state your sex and the sex of the person you believe harassed you)*
- [ ] **i. REPRISAL** *(If so, state nature of involvement in prior EEO activity)*

GOVERNMENT EXHIBIT E

**11. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR.** [X] YES [ ] NO

**12. COUNSELOR:** Thomas LaBelle

**13. DATE NOTICE OF FINAL INTERVIEW RECEIVED:** 24 March 06

**14. STATE ACTION YOU ARE SEEKING TO RESOLVE YOUR COMPLAINT:** RECEIVING MY Job back. ALL My Wages that WAS TAKEN

**15. NAME AND ADDRESS OF YOUR REPRESENTATIVE** *(If any)*

**16. REPRESENTATIVE'S PHONE NO.**

**17. COMPLAINANT'S SIGNATURE**

**18. DATE OF THIS COMPLAINT** *(MM-DD-YYYY)*

DeCA Form 56-1, May 1998

This form was electronically designed by DeCA/SAAF using InForms Designer.

2

The FOUR PeOPLE that Lied ON me PUNished IN some WAY, I don't WANT this TO happen again