DEPARTMENT OF THE NAVY
HUMAN RESOURCES OFFICE
PO BOX 20
NAVAL SUBMARINE BASE NEW LONDON
GROTON CONNECTICUT 06349-5020

12713
Ser OOE/0156
19 Apr 06

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

From: Deputy Equal Employment Opportunity Officer, Human Resources Office Groton
To: Rosezola Sellers, [redacted]
RI 02842

Subj: CLARIFICATION OF FORMAL COMPLAINT OF DISCRIMINATION

Encl: (1) Your Discrimination Complaint of 7 Apr 06

1. Enclosure (1) was received by the Defense Commissary Agency on 7 April 2006 and forwarded to this office for processing.

2. Based on my review of enclosure (1), and in discussions with the Counselor, I am requesting clarification regarding your formal complaint. Enclosure (1) is the formal complaint form for DECA that you submitted and item (9) asks for specific information regarding the discriminatory action that lead you to file an EEO complaint. Item (9) in your formal complaint does not contain any information or refer to any action taken by the Commissary. In order for a complaint to be processed it must identify a specific personnel action which has occurred within 45 days of the date you contacted a Counselor.

3. It is your burden to articulate and document in detail each and every discriminatory event that would be considered part of your formal complaint and referred for investigation. In keeping with the regulations in 29 CFR 1614, these events must be timely which is that which occurred within 45 calendar days of the initial contact with the Counselor. Your response must be specific to the issue raised with the Counselor and returned to the EEO Office within fifteen (15) calendar days from receipt of this letter. Failure to respond within fifteen (15) calendar days may result in dismissal of your claim.

4. Additionally, items (15) and (16) which refer to the name, address and telephone number of your representative should be filled in, if you are still represented by

50b

(4a)

Subj: CLARIFICATION OF FORMAL COMPLAINT OF DISCRIMINATION

Patricia Andrews, who you referred to during the informal process. Otherwise, you may leave them blank. Items (17) and (18) must be completed for they refer to your signature and the date you signed your complaint which were also left blank.

5. A determination on the issues will be made upon receipt of your response to this request for clarification. If you have questions regarding this information, please contact me or Thomas LaBelle at (860) 694-3307.

Margaret E. Flynn-Sams

50C