DEFENSE COMMISSARY AGENCY
HEADQUARTERS
1300 E AVENUE
FORT LEE, VIRGINIA 23801-1800

1903E

Equal Employment Opportunity Office

June 15, 2006

Ms. Rosezola Sellers
[redacted]

Dear Ms. Sellers:

This refers to your discrimination complaint filed on March 29, 006, and received on April 7, 2006. Please be advised that your complaint has been assigned, Agency Docket Number 06-HQ-NW-016.

Based on my review of your discrimination complaints, the EEO Counselor's Report, and in accordance with 29 C.F.R. Part 1614, I have defined the following issue:

"Did DeCA illegally discriminate against you based on race (Black) and reprisal (prior EEO activity) when on December 10, 2005; you were removed from Federal service for failure to follow instructions, disruptive behavior, and disrespectful conduct?"

If you believe the issues in your complaint are not correctly defined, please notify me, in writing within 7 calendars day after you receive this letter, and specify why you believe the issues are not correctly defined. If you fail to contact me, I will conclude you agree that the issues are properly defined.

This issue is accepted for investigation. The Office of Complaint Investigations (OCI) has been contacted to request an investigator be assigned to your case. If you have any questions, you can contact Mr. Raymond P. Andrade at 804-734-8575 or e-mail raymond.andrade@deca.mil.

Sincerely,

Raymond P. Andrade
Raymond P. Andrade
Discrimination Complaints Manager

cc:
Patricia Andrews, Attorney at Law
170 Westminster Street, Suite 601
Providence, RI 02903