DEFENSE COMMISSARY AGENCY
HEADQUARTERS
1300 E AVENUE
FORT LEE, VIRGINIA 23801-1800

cc: GC

Equal Employment Opportunity Office

AUG 20 2007

Ms. Rosezola Sellers
[redacted]

Final Agency Decision in the
Complaint of Rosezola Sellers
and Patrick B. Nixon, Director
Agency No. 06-HQ-NW-016

Dear Ms. Sellers:

This responds to your equal employment opportunity complaint filed on March 29, 2006. You alleged discrimination on the bases of race (Black) and reprisal (prior EEO activity), with respect to your former employment as Commissary Management Specialist (CAO), GS-1144-05, at the Naval Station (NS) Newport Commissary, NS Newport, Rhode Island. The issue accepted for investigation was:

"Was the complainant discriminated against based on race (Black) and reprisal (prior EEO activity), when on December 1, 2005, she was removed from federal service for failure to follow instructions, disruptive behavior, and disrespectful conduct?"

Your complaint was investigated and a copy of the Report of Investigation (ROI) was forwarded to you on May 31, 2007. At the time you were informed that under the provisions of 29 C.F.R. Section 1614.108(f), within 30 calendar days of your receipt of the ROI, you could request a hearing before an Equal Employment Opportunity Commission Administrative Judge or request a Final Agency Decision (FAD) without a hearing from the Defense Commissary Agency (DeCA). You requested a FAD from DeCA; therefore, under the provisions of 29 C.F.R. Section 1614.110(a), I am issuing a FAD on your complaint.

To support your allegation, you testified your conduct which caused you to be charged with disruptive behavior, disrespectful conduct, and failure to follow instructions was not as bad as the conduct exhibited by your coworkers who were not Black.

Management officials responsible for your termination testified you were terminated from Federal service because you continuously failed to conduct yourself properly and failed to respect your chain of command and coworkers. Specifically, they testified that on June 1 and October 11, 2005, you were disrespectful to your supervisor; on June 30, September 2 and 25, and October 11, 2005, you failed to follow your supervisor's instructions; and on August 29 and September 8, 2005, you harassed your coworkers. Additionally, the store administrator stated on