**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 07-418S** |
| | ) | |
| **ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE UNITED STATES** | ) | |
| **DEPARTMENT OF DEFENSE,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO REDACT**

______Defendant Robert M. Gates, Secretary of the United States Department of Defense, through undersigned counsel, hereby moves the Court to redact the below listed Exhibits, attached to Defendant's Memorandum of Law in Support of His Motion to Dismiss Plaintiff's Hostile Work Environment Claim, electronically filed with this Court on April 21, 2008.

1. Ex. 2 - redact Plaintiff's social security number, home address, and home phone;
2. Ex. C - redact Plaintiff's home phone number and home address;
3. Ex. D - redact Plaintiff's home address;
4. Ex. E - redact Plaintiff's social security number, home address, and home phone number;
5. Ex. F - redact Plaintiff's home address;
6. Ex. H - redact Plaintiff's home address;

7. Ex. I - redact Plaintiff's home address.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on this 22nd day of April, 2008, I caused to be electronically filed the within Defendant's Motion to Redact, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

Patricia Andrews, Esq.
Louise Herman, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov