**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 07-418S** |
| | ) | |
| **ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE UNITED STATES** | ) | |
| **DEPARTMENT OF DEFENSE,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

COMES NOW, Robert M. Gates, Secretary of the United States Department of Defense, by and through its undersigned attorneys, and moves that the time for filing a Reply to Plaintiff's Objection to Defendant's Motion to Dismiss Plaintiff's Hostile Work Environment Claim, be enlarged up to and including May 23, 2008. Plaintiff's counsel has no objection to this extension.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2008, I caused a copy of Defendant's Motion for Extension of Time to be filed electronically with the Clerk of the Court using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, will receive notice electronically:

Patricia Andrews, Esq.
Louise Herman, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov