**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROSEZOLA SELLERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 07-418S** |
| | ) | |
| **ROBERT M. GATES,** | ) | |
| **SECRETARY OF THE UNITED STATES** | ) | |
| **DEPARTMENT OF DEFENSE,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S RESPONSE TO THE COURT'S ORDER DATED JUNE 18, 2008**

COMES NOW, Defendant, Robert M. Gates, Secretary of the United States Department of Defense, through undersigned counsel, and submits the attached Amended Exhibit G in response to the Court's Order dated June 18, 2008. The Court's Order dated June 18, 2008, directed Defendant to file an amended Exhibit G which includes the enclosures referenced on the last page of Exhibit G attached to Defendant's Motion to Dismiss Plaintiff's Hostile Work Environment Claim. Accordingly, Defendant submits the attached Amended Exhibit G pursuant to the Court's Order.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 1st day of July, 2008, I caused to be electronically filed the within Defendant's Response to the Court's Order dated June 18, 2008 and the attached Amended Exhibit G, with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, has received notice electronically:

Patricia Andrews, Esq.
Louise Herman, Esq.
129 Dyer Street
Providence, RI 02903

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: ly.nguyen@usdoj.gov