UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Rosezola Sellers,
    Plaintiff

v.                                  C.A. No. 07-418S

US Department of Defense, et al.
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on February 13, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss Plaintiff's Hostile Work Environment Claim (Count II) is GRANTED for failure to exhaust administrative remedies.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 3/4/09